**Order entered August 6, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00819-CV

### IN THE INTEREST OF H.J.G. AND I.S.G., CHILDREN

### On Appeal from the 304th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. JC -19-00297-W

## ORDER

Before the Court is appellant's August 2, 2019 motion to extend time for filing letter brief regarding jurisdiction. We **GRANT** the motion and **ORDER** the letter brief be filed no later than August 12, 2019. As this is an accelerated appeal in a parental termination case, we caution that further extension requests will be disfavored.

/s/     ERIN A. NOWELL
        JUSTICE